General of the Army for remand to the Court of Criminal Appeals. That court may either dismiss Specification 3 of Charge IV and reassess the sentence based on the affirmed findings, or it may order a rehearing on the affected specification and the sentence. [See also ORDERS GRANTING PETITION FOR REVIEW this date.]

No. 14–0364/AR. U.S. v. Keith A. Jackson. CCA 20120026. [See also AP-PEALS—SUMMARY DISPOSITIONS this date.]

No. 14–0457/AR. U.S. v. Eric R. Castillo. CCA 20110935. Review granted on the following issue:

> WHETHER, UNDER THE TOTALITY OF THE CIRCUMSTANCES, THE MILITARY JUDGE ERRED IN DENYING THE DEFENSE IM-PLIED BIAS CHALLENGE AGAINST LTC DS IN LIGHT OF HIS PERSONAL EXPERIENCE AS A SEXUAL ASSAULT VICTIM, HIS DIRECT SUPERVISORY ROLE OVER TWO OTHER MEMBERS, HIS ONGOING RELIANCE ON THE TRIAL COUNSEL FOR MILITARY JUSTICE ADVICE, THE PRESENCE OF FOUR OTHER MEMBERS WHO ALSO RECEIVED MILITARY JUSTICE ASSISTANCE FROM THE TRIAL COUNSEL, AND THE FACT THAT THE PANEL WAS SELECTED EXCLUSIVELY FROM APPELLANT'S BRIGADE.

Briefs will be filed under Rule 25.

No. 14–0567/AR. U.S. v. Michael C. Evans. CCA 20130251. [See also AP-PEALS—SUMMARY DISPOSITIONS this date.]

No. 14–0449/AR. U.S. v. Larry J. Williams, Jr. CCA 20120341. On consideration of Appellant's petition for reconsideration of this Court's order issued on April 24, 2014, and Appellant's motions to file additional matters pursuant to *United States v.*